Eugene Mourant, Appellee and Cross Appellant, v. Pullman Trust and Savings Bank, Appellant and Cross Appellee.

Gen. No. 41,845.

568

Heard in second division, first district, this court at October term 1941; opinion filed May 14, 1942; rehearing denied June 5, 1942. Wellington G. Brown, for appellant; Hugh Moore Matchett, for appellee. Opinion by PRESIDING JUSTICE SCANLAN. ''Not to be published in full.''